UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOJO DEOGRACIAS EJONGA,

                  Petitioner,

v.

MICHAEL OBENLAND,

                  Respondent.

Case No. C19-1360-RAJ-MAT

ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION

This is a federal habeas action filed under 28 U.S.C. § 2254. Currently pending before the Court is petitioner's motion to amend his federal habeas petition. Respondent has filed a response to petitioner's motion in which he indicates that he does not oppose the proposed amendment. The Court, having reviewed petitioner's motion, respondent's response, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's motion to amend his federal habeas petition (Dkt. 15) is GRANTED. The Clerk is directed to file petitioner's proposed amended petition (Dkt. 15 at 7-50, Dkt. 15-1, Dkt. 15-2, and Dkt. 15-3.) Respondent's answer to the amended petition is due not later than January 3, 2020.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER GRANTING PETITIONER'S
MOTION TO AMEND PETITION - 1

respondent, and to the Honorable Richard A. Jones.

DATED this 19th day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO AMEND PETITION - 2