# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOJO DEOGRACIAS EJONGA,

        Petitioner,

v.

MICHAEL OBENLAND,

        Respondent.

Case No. C19-1360-RAJ-MAT

ORDER GRANTING PETITIONER'S MOTION TO STAY AND ABEY

This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion to stay and hold in abeyance his federal habeas petition pending exhaustion in the state courts of claims asserted in his amended petition for writ of habeas corpus. Respondent has filed a response to petitioner's motion in which he indicates he does not oppose petitioner's request. Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's motion to stay and hold in abeyance his petition for writ of habeas corpus (Dkt. 20) is GRANTED.

(2) This action is STAYED pending completion of petitioner's state court collateral proceedings. The Clerk is directed to statistically close this case at the present time.

ORDER GRANTING PETITIONER'S
MOTION TO STAY AND ABEY - 1

(3) Petitioner is directed to advise the Court within *thirty (30) days* after issuance of the certificate of finality in his state court proceedings whether this federal habeas action is ready to proceed. Once petitioner has advised the Court that the stay may be lifted, the Court will set a briefing schedule for the parties.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 17th day of December, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO STAY AND ABEY - 2