UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>                  Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br><br>                Respondent. | Case No. C19-1360-RAJ-SKV<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner is challenging in this action a 2013 judgment and sentence of the King County Superior Court. *See* Dkt. 19. On January 13, 2025, Respondent filed an answer to Petitioner's federal habeas petition which was noted on the Court's calendar for consideration on February 10, 2025. Dkt. 27. On January 31, 2025, the Court received a motion from Petitioner seeking an extension of time to file a response to Respondent's answer. Dkt. 29. Petitioner asks that he be granted until February 21, 2025, to file his response. *Id*. at 2. Though Respondent has not yet filed a response to Petitioner's motion, the Court does not deem a response necessary given the relatively short extension requested.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

Accordingly, the Court hereby ORDERS as follows:

(1) Petitioner's motion for extension of time (Dkt. 29) is GRANTED. Petitioner is directed to file his response to Respondent's answer not later than **February 21, 2025**.

(2) Respondent's answer (Dkt. 27) is RE-NOTED on the Court's calendar for consideration on **February 28, 2025**. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Richard A. Jones.

DATED this 13th day of February, 2025.

S. KATE VAUGHAN
United States Magistrate Judge